UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26−cv−02571−MWF−MAR | Date | November 9, 2026 |
| Title | DARYL MARS V. CITY NATIONAL BANK, N.A. | | |

PRESENT: THE HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| | |
|---|---|
| Rita Sanchez | Not Reported; |
| Courtroom Deputy | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): COURT ORDER**

In light of the Notice of Settlement filed 10/30/26, the Court sets a hearing on Order To Show Cause Re Dismissal for December 16, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

**IT IS SO ORDERED.**

Initials of Clerk: rs